**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LIANE MALDONADO,<br><br>Plaintiff,<br><br>v.<br><br>HANSCOM FEDERAL CREDIT UNION and PETER RICE,<br><br>Defendants. | Civil Action No.: |

**NOTICE OF REMOVAL**

Defendants Hanscom Federal Credit Union ("Hanscom") and Peter Rice (together, "Defendants"), pursuant to 28 U.S.C. §§ 1331, 1441, and 1446 and Local Rule 81.1, hereby remove this action from the Middlesex Superior Court of the Commonwealth of Massachusetts to the United States District Court for the District of Massachusetts. The Grounds for removal are as follows:

**THE ACTION AND RELEVANT BACKGROUND**

1. Plaintiff Liane Maldonado ("Plaintiff") filed a Complaint and Jury Demand against the Defendants on or about March 10, 2026, in the Superior Court for Middlesex County of the Commonwealth of Massachusetts, Civil Action No. 2681CV00665 (the "State Court Action").

2. On or about March 17, 2026, Defendants accepted service of the Summons and Complaint in connection with the State Court Action.

3. Pursuant to 28U.S.C. § 1446(a), copies of all process, pleadings, papers, and order filed in the State Court Action are attached hereto as **Exhibit A**.

4. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal has been filed with this Court within 30 days of service of the Summons and Complaint in the State Court Action.

5. No Further Proceedings have occurred in the State Court Action. Defendants have not served any answer or responsive pleadings to the Complaint, nor made any appearance or argument before the Middlesex Superior Court in the State Court Action.

**FEDERAL QUESTION**

6. The State Court Action is being removed to this Court on the grounds that this Court has original jurisdiction over this matter. Specifically, Plaintiff's claims arise under a federal question.

7. This Court has original jurisdiction over this action by virtual of 28 U.S.C. § 1331. Specifically, Plaintiff's Complaint asserts a claim for violations of the Federal Family Medical Leave Act ("FMLA") arising under 29 U.S.C. §§ 2601, 2615(a)(1), and 2615(b), alleging that Hanscom interfered with Plaintiff's rights under the FMLA and retaliated against her for exercising her FMLA rights. *See* Compl. at ¶¶ 39-44.

8. United States District Courts have original jurisdiction over actions involving federal questions, pursuant to 28 U.S.C. § 1331, so the removal of this case to this Court under the circumstances herein is proper.

9. Accordingly, the State Court Action is removeable to the Court under 28 U.S.C. § 1441(a). Furthermore, this Court may exercise supplemental jurisdiction over Plaintiff's state law claims. *See* 28 U.S.C. § 1367(a).

10. Venue is proper because the Middlesex County Superior Court of the Commonwealth of Massachusetts, the court where the State Court Action is pending, is embraced within "the district and division" of this Court. 28 U.S.C. § 1441(a).

11. By copy of this document and in accordance with the Certificate of Service, Defendants are providing notice to all Parties in this action advising of the filing of this Notice of Removal pursuant to 28 U.S.C. § 1446(d).

12. Defendants submit this Notice without waiving any defenses to the claims asserted by Plaintiff or conceding Plaintiff has pled claims upon which relief may be granted.

13. Defendants will notify the Middlesex County Superior Court and the other Parties of this Notice of Removal by filing with the Superior Court a Notice of Filing Removal. A copy of that notification, which will be sent to the Middlesex County Superior Court, is attached hereto as **Exhibit B**.

WHEREFOR, Defendants pray that the State Court Action now pending against it in Middlesex County Superior Court of the Commonwealth of Massachusetts be removed therefrom to this Court.

Respectfully submitted,

Hanscom Federal Credit Union And Peter Rice,

By their attorneys,

/s/ *Keerthi Sugumaran*
Keerthi Sugumaran (BBO #682822)
Garrett A.D. Gee (BBO #708219)
JACKSON LEWIS P.C.
75 Park Plaza, 4th Floor
Boston, MA 02116
keerthi.sugumaran@jacksonlewis.com
garrett.gee@jacksonlewis.com

Dated: March 26, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of March 2026, I caused a copy of the foregoing to be served on opposing counsel via email.

*/s/Keerthi Sugumaran*
Jackson Lewis P.C.